UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANNA L. WOOD,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No. 3:18-cv-03052-K<br><br>Honorable Judge Ed Kinkeade |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff DIANNA L. WOOD and the Defendant, SELECT PORTFOLIO SERVICING, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 27, 2019                                        Respectfully Submitted,

**DIANNA L. WOOD**                                              **SELECT PORTFOLIO SERVICING, INC.**

*/s/ Omar T. Sulaiman*                                          */s/ Kevin Teters*  (with consent)
Omar T. Sulaiman                                                Kevin Teters
*Counsel for Plaintiff*                                         *Counsel for Select Portfolio Servicing, Inc.*
Sulaiman Law Group, LTD                                         Holland & Knight LLP
2500 S. Highland Ave., Ste. 200                                 200 Crescent Court, Suite 1600
Lombard, Illinois 60148                                         Dallas, Texas 75201
Phone: (630) 575-8181                                           Phone: (214) 964-9408
osulaiman@sulaimanlaw.com                                       kevin.teters@hklaw.com